**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

LOUIS RICHARD DICKERSON,

Petitioner

: No. 227 WAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.